IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK HOLLOWAY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                  CASE NO. 1D14-886

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed August 8, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Wesley Paxson, III, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

We deny the petition for writ of certiorari on the merits.

DENIED.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.